UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **CV 24-10013-MWF(PDx)**                    Date:  February 04, 2026

Title       ***Donnie Ray Carrothers v. United States of America, et al.***


Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|              Rita Sanchez              |           Not Reported           |
| :------------------------------------: | :------------------------------: |
|              Deputy Clerk              |     Court Reporter / Recorder     |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
   Not Present                                         Not Present


**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 19, 2024.  (Docket No. 1).  Plaintiff filed Proofs of Service ("POS") on December 31, 2024, February 6, 2025, March 21, 2025, and May 5, 2025.  (Docket Nos. 8-12).

On December 15, 2025, counsel for Plaintiff filed a Declaration Regarding Status of Case (the "Ledezma Declaration").  (Docket No. 14).  Counsel states that Defendant's response to the Complaint was due April 11, 2025.  Counsel further states that "[T]hrough inadvertence my office has not followed up with Defendant regarding the filing of their responsive pleading."  And further, "[M]y office will reach out to Defendants to inquire if and when they will be filing a responsive pleading.  If the Defendants do not respond to our office over the next few weeks, we will seek to have a default judgment entered."  (*Id.* at ¶¶ 6-8).

On January 15, 2026, a Notice of Appearance of Counsel was filed on behalf of Defendant.  (Docket No. 15).  Defendant also filed a Notice of Related Cases.  (Docket No. 16).  Plaintiff did not file a Notice of Related Cases and did not notify the Court on the Civil Cover Sheet that this case is related to *Donnie Ray Carrothers v. United States Postal Service, et al.*, CV 23-10628-MWF(PDx).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 24-10013-MWF(PDx)**                     Date:  February 04, 2026

Title        ***Donnie Ray Carrothers v. United States of America, et al.***

On February 3, 2026, this action was transferred to this Court.  (Docket No. 17).

It has now been over seven weeks since the Ledezma Declaration was filed, yet Defendant has not filed its response to Plaintiff's Complaint.  Therefore, the Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 20, 2026**.

- ■ By Defendant:  Response to the Complaint.  The parties may also file a stipulation to extend the time within which Defendant must respond to the Complaint.

  OR

- ■ By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **FEBRUARY 20, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.